**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 20-7557**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES EARL WALTON,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, District Judge.  (2:00-cr-00022-BO-1)

───────────────

Submitted:  March 18, 2021                    Decided:  March 23, 2021

───────────────

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

James Earl Walton, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Earl Walton appeals from the district court's order denying his motion for a reduction in sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walton*, No. 2:00-cr-00022-BO-1 (E.D.N.C. Oct. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*